**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      Joseph F. Radler III v. Amy  Philavanh

Appellate case number:    01-19-00931-CV

Trial court case number:  2009-20542

Trial court:              311th District Court of Harris County

      Appellant, Joseph F. Radler III, filed a motion for extension of time for the clerk's record to be filed. The clerk's record was filed on April 15, 2020.  Therefore, appellant's motion is **denied** as moot.

      It is so ORDERED.

Judge's signature: _____/s/ Julie Countiss_____
                   Acting individually


Date: April 21, 2020